UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE PROVIDENT BANK,

    Plaintiff,

v.                              Case No:   2:13-cv-872-FtM-38DNF

GULF COAST CHARTERS, LLC and
ROBERT W. BROWN,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Amended Notice Regarding Settlement Conference before a Magistrate Judge (Doc. #39) filed on October 3, 2014. The Parties jointly agree that a settlement conference facilitated by a Magistrate Judge would be beneficial in resolving this claim.

Accordingly, it is now

**ORDERED:**

This matter is referred to the Honorable Carol Mirando to conduct a settlement conference and issue any order deemed appropriate thereafter. The parties are directed to contact Judge Mirando's chambers to arrange for a mutually agreeable time to conduct the settlement conference.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:    Hon. Douglas N. Frazier
Hon. Carol Mirando
All Parties of Record