UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE PROVIDENT BANK,

    Plaintiff,

v.                                        Case No:   2:13-cv-872-FtM-38DNF

GULF COAST CHARTERS, LLC and
ROBERT W. BROWN,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Stipulation (Doc. #54) filed on February 20, 2015. On December 31, 2014, the Court administratively closed the case in light of the Plaintiff's Notice of Settlement. (See Doc. #53; Doc. #52). The Court also gave the parties sixty days to submit a stipulated form of final judgment or motion to reopen the action, upon a showing of good cause. The parties have timely filed a Stipulation. (Doc. #54).

The parties stipulate to the following:

1. The parties have entered into a Settlement Agreement whereby installment payments are required to be made by Defendants.
2. Should the Defendants default on the installment payments, then THE PROVIDENT BANK will be entitled to a consent judgment based on the terms of the Settlement Agreement and on a properly sworn Affidavit of THE PROVIDENT BANK. The unexecuted consent judgment will be held in escrow until either all payments are made under the Settlement Agreement, or a default, where it will be filed with the Court for entry and execution.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(Doc. #54). The parties further request the Court to retain jurisdiction to enforce the settlement agreement. (Doc. #54, ¶3). The Court respectfully declines this request because it is the undersigned's custom not to retain jurisdiction to enforce settlement agreements.

Accordingly, it is now

**ORDERED:**

The Clerk is directed to dismiss this case with prejudice, enter judgment in accordance with the parties' stipulation, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record